# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

June 9, 2020

Lyle W. Cayce
Clerk

No. 19-40679
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ARTURO RICO-ESPINOZA, also known as Jose Arturo Rico-Espinoza, also known as Rico J. Arturo, also known as Arturo E. Rico, also known as Abel Espinoza Rico, also known as Arturo Espinoza Rico, also known as Rico Jose Arturo, also known as Jose Arturo Rico, also known as Constancio Sorcio Romero, also known as Constancio Sorsia Aromero, also known as Arturo Rico Espinoza,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:19-CR-221-1

Before CLEMENT, GRAVES, and OLDHAM, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Arturo Rico-Espinoza has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*,

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 19-40679

632 F.3d 229 (5th Cir. 2011). Rico-Espinoza has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.